# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| **MARIAN CARR** | * | **CIVIL ACTION NO.  08-0326** |
| **VERSUS** | * | **JUDGE JAMES** |
| **SPHERION, ET AL.** | * | **MAGISTRATE JUDGE HAYES** |

## MEMORANDUM ORDER

Before the court is a motion to compel [doc. # 14] filed by plaintiff, Marian Carr.[1]
Plaintiff petitions the court to compel defendants, Plymouth Tube Co. and Travelers Property
Casualty Co. of America, to answer plaintiff's interrogatories by April 5, 2008, and to produce a
deposition witness to testify to same no later than May 15, 2008.  On March 27, 2008, defendants
filed an opposition memorandum stating that they "do not necessarily oppose the subject
Motion."  (*See*, Def. Opp. Memo.).  However, defendants maintained that they were not waiving
any of their objections to discovery or any of their other available defenses.  *Id*.  Defendants
further emphasized that although plaintiff requested a witness who could testify about their
interrogatories, the interrogatories were too broad in scope for them to readily identify an
individual.

The undersigned agrees that the requested discovery is not sufficiently specific, and in

---

[1]  As this motion is not excepted within 28 U.S.C. § 636(b)(1)(A), nor dispositive of any
claim on the merits within the meaning of Rule 72 of the Federal Rules of Civil Procedure, this
order is issued under the authority thereof, and in accordance with the standing order of this
court.  Any appeal must be made to the district judge in accordance with Rule 72(a) and L.R.
74.1(W).

some instances appears to request documents and information which may not be appropriate for a

30(b)(6) deposition.  Accordingly,

      Plaintiff's motion to compel [doc. # 14] is hereby **GRANTED IN PART**, as follows

a)      Defendants, Plymouth Tube Company and Travelers Insurance, shall answer plaintiff's interrogatories no later than April 4, 2008,[2] subject to defendants' right to raise any valid defenses and/or specific objections.

b)      By April 11, 2008, plaintiff's counsel shall forward to opposing counsel a proposed 30(b)(6) deposition notice which identifies specific areas that plaintiff seeks to cover.

c)      Within seven calendar days from receipt of the proposed 30(b)(6) notice, defendants shall designate a witness and either agree to one of plaintiff's proposed deposition dates or provide alternative dates in early May.[3]

IT IS SO ORDERED.

THUS DONE AND SIGNED at Monroe, Louisiana, this 31st day of March, 2008.


KAREN L. HAYES
U. S. MAGISTRATE JUDGE

---

[2]  April 5th is a Saturday.

[3]  The foregoing will be greatly facilitated by communication between counsel.  Indeed, the deposition shall be taken at a mutually agreeable site.