RECEIVED
IN MONROE, LA
OCT 8 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| MARIAN CARR | * | CIVIL ACTION NO. 08-0326 |
| VERSUS | * | JUDGE JAMES |
| SPHERION, ET AL. | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the motion to dismiss for failure to state a claim under Rule 12(b)(6) [doc. # 32] filed by defendant, Spherion Atlantic Enterprises, LLC, be, and it is hereby **DENIED**.

THUS DONE AND SIGNED this 8 day of October, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE