U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 0 4 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| MARIAN CARR | * | CIVIL ACTION NO. 08-0326 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| SPHERION, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment [Doc. No. 109] filed by Defendant Turner Machine Company, Inc. is hereby **GRANTED**, and Plaintiff Marian Carr's claims against Defendant Turner Machine Company, Inc., are hereby **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 4 day of February, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE