U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 2 3 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **MARIAN CARR** | * | **CIVIL ACTION NO. 08-0326** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **SPHERION, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment [Doc. No. 91] filed by Defendants Plymouth Tube Company and Travelers Property Casualty Company of America is hereby **GRANTED** and that Plaintiff Marian Carr's claims against said defendants are hereby **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED this 23 day of February, 2009, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE