RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 9/24/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MARIAN CARR | CIVIL ACTION NO. 08-0326 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SPHERION, ET AL. | MAG. JUDGE KAREN L. HAYES |

RULING

Pending before the Court is Defendant ECOF, Inc.'s ("ECOF") Motion for Summary Judgment [Doc. No. 167]. ECOF seeks dismissal of *pro se* Plaintiff Marian Carr's ("Carr") claims against it. On August 17, 2009, Magistrate Judge Karen L. Hayes filed a Report and Recommendation [Doc. No. 185] in which she recommends that ECOF's motion be denied. ECOF filed an objection to the Report and Recommendation [Doc. No. 203], and Carr filed a response [Doc. No. 215].

Having fully considered the record in this matter, including the objection and response to the objection, the Court finds the Magistrate Judge's analysis to be correct and ADOPTS the Report and Recommendation with two exceptions.

Because the Court agrees with and adopts that portion of the Report and Recommendation in which the Magistrate Judge found that Carr's Amended Complaint relates back to the filing of her Original Complaint, the Court need not reach the analysis on pages 5-8 regarding a pending allegation of solidary liability. Therefore, the Court DECLINES TO ADOPT this analysis.

Similarly, because the Court agrees with and adopts that portion of the Report and Recommendation in which the Magistrate Judge found that Carr established good cause for failing

1

to serve ECOF within the 120 day period of Rule 4(m), the Court need not reach the analysis on pages 15-16 regarding imputed notice. Therefore, the Court DECLINES TO ADOPT this analysis.

For the reasons set forth in the Report and Recommendation, to the extent adopted by the Court, ECOF's Motion for Summary Judgment [Doc. No. 167] is DENIED.

MONROE, LOUISIANA, this 24 day of September, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE