RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 10/19/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| MARIAN CARR | * | CIVIL ACTION NO. 08-0326 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| SPHERION, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objection thereto filed with this Court [Doc. No. 218], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED that ECOF, Inc.'s motion to dismiss defendant, Electric Furnace Company [Doc. No. 182] is hereby **GRANTED**, and that plaintiff's claims against defendant, Electric Furnace Company, are hereby **DISMISSED**, without prejudice. FED. R. CIV. P. 12(b)(4)&(5), 4(m).

THUS DONE AND SIGNED this 19 day of October 2009 in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE